United States District Court
Southern District of Texas
**ENTERED**
November 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE MORIN | § | |
| | § | |
| Plaintiff | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-00237 |
| | § | |
| UNITED STATES OF AMERICA | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the "Magistrate Judge's Report and Recommendation" (Dkt. No. 38) ("R&R"). The R&R recommended granting Defendant's "Motion for Judgment on the Pleadings" (Dkt. No. 29) ("Motion") and dismissing Plaintiff's claims with prejudice to their being asserted again until the *Heck* conditions are met. Plaintiff timely filed his "Objections to Magistrate Judge's Report and Recommendation" (Dkt. No. 39) ("Plaintiff's Objections"). Respondent timely filed its "Response to Objections to Report and Recommendations" ("Respondent's Response") (Dkt. No. 40).

Under *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994), a plaintiff may pursue a previously barred claim upon demonstrating that the underlying "conviction or sentence has been reversed on direct appeal, expunged by executive order, declared invalid by a[n authorized] state tribunal . . . , or called into question by a federal court's issuance of a writ of habeas corpus."

After a *de novo* review of the record, the Court **ADOPTS** the R&R and **GRANTS** Defendant's Motion. The Court **OVERRULES** Plaintiff's Objections and **DISMISSES** with prejudice Plaintiff's claims against Defendant to being asserted again until the above-listed *Heck* conditions are met. The Clerk of Court is **ORDERED** to close this case.

SIGNED this November 17, 2026

Rolando Olvera
United States District Judge